**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Ex Parte Cypress Creek EMS

Appellate case number:     01-16-00523-CR

Trial court case number:    2096756

Trial court:                          County Criminal Court at Law No. 4 of Harris County

On July 14, 2016, we abated this case, remanded to the trial court, and directed the trial court to execute a certification of appellant's right to appeal indicating whether appellant has the right to appeal. The court reporter has filed a reporter's record of the abatement hearing. And the district clerk has filed a supplemental clerk's record containing the certification of appellant's right to appeal. Accordingly, we REINSTATE this case on the Court's active docket.

Further, the Court will consider briefing in this appeal of the trial court's denial of appellant's application for a writ of habeas corpus, filed pursuant to Texas Rule of Appellate Procedure 31. Appellant's brief will be due within 20 days of the date of this order. *See* TEX. R. APP. P. 31.1; *cf.* TEX. R. APP. P. 38.6(a). Appellee's brief will be due within 20 days of the date the appellant's brief is filed. *Cf.* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                              ☑ Acting individually     ☐ Acting for the Court

Date: September 13, 2016